# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRIAN CONWAY** | |
| *Plaintiff* | Civil Action No.: **3:23-CV-12076-IT** |
| v. | |
| **MAPFRE U.S.A. CORP., ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Legal Department
Mapfre U.S.A. Corporation
11 Gore Road
Webster, MA 01570

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David Pastor, Pastor Law Office, PC
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Chris Danieli
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2023-09-11 12:40:17, Clerk USDC DMA

Civil Action No.: 3:23-CV-12076-IT

## PROOF OF SERVICE



**Worcester County Sheriff's Office**
P.O. Box 1066 Worcester, MA 01613
(508) 752-1100
9/15/2023

I hereby certify and return that on 9/14/2023 at 12:35 PM I served a true and attested copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT AND JURY TRIAL DEMAND; CIVIL COVER SHEET in this action in the following manner: To wit, by delivering in hand to AMANDA YATES, , agent, person in charge at the time of service for MAPFRE U.S.A. CORP. at 11 GORE ROAD WEBSTER, MA 01570 . Service Fee ($30.00) Attest ($5.00) Mailing ($3) ($3.00) Mileage ($22.76) Office Expense ($20.00) Conveyance ($4.50) Total: $85.26

Norman Brodeur
Deputy Sheriff

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date

Server's Signature

Printed name and title

Server's Address

Additional information regarding attempted service, etc: