UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN CONWAY, individually and on behalf of all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>MAPFRE U.S.A. CORP. and THE COMMERCE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No: 3:23-cv-12076-IT |

### ANDREW W. FERICH'S CERTIFICATION FOR ADMISSION
### *PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3 OF THE
### UNITED STATES DISTRICT COURT FOR THE
### <u>DISTRICT OF MASSACHUSETTS</u>

Pursuant to Local Rule 83.5.3, of the United States District Court for the District of Massachusetts, I, Andrew W. Ferich, hereby certify that:

(1)   I am a Partner in the law firm of Ahdoot & Wolfson, PC, 201 King of Prussia Road, Suite 650, Radnor, PA 19087.

(2)   I am a member of the bar of the Commonwealth of Pennsylvania (October 22, 2012).

(3)   I am also admitted to practice in the following jurisdictions:

| Court | Date of Admission |
|---|---|
| New Jersey Supreme Court | November 21, 2012 |
| District of Columbia Court of Appeals | July 12, 2013 |
| U.S. District Court, District of New Jersey | April 15, 2014 |
| U.S. District Court, Eastern District of Pennsylvania | April 25, 2014 |
| U.S. District Court, District of Colorado | June 27, 2017 |

| | |
|---|---|
| U.S. District Court, District of Columbia | June 4, 2018 |
| U.S. Court of Appeals, District of Columbia Circuit | August 30, 2019 |
| U.S. District Court, Central District of Illinois | November 26, 2019 |
| U.S. District Court, Middle District of Pennsylvania | July 10, 2020 |
| U.S. District Court, Northern District of New York | March 22, 2021 |
| U.S. District Court, Eastern District of Wisconsin | August 10, 2021 |
| U.S. District Court, Western District of Pennsylvania | September 8, 2021 |
| U.S. District Court, Eastern District of Michigan | April 5, 2022 |

(4)  I am in good standing in every jurisdiction where I have been admitted to practice.

(5)  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

(6)  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and I agree to comply with said rules.

(7)  I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

Dated:  September 19, 2023

Andrew W. Ferich
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
Email:  aferich@ahdootwolfson.com