UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN CONWAY, individually and on behalf of all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>MAPFRE U.S.A. CORP. and THE COMMERCE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No: 3:23-cv-12076-IT |

**UNOPPOSED MOTION TO ADMIT COUNSEL**
**<u>*PRO HAC VICE*</u> (ROBERT R. AHDOOT)**

Pursuant to Local Rule 83.5.3, the undersigned counsel, David Pastor, hereby moves the Court to enter an Order granting leave to Robert R. Ahdoot to appear on behalf of the plaintiff, Brian Conway, and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1. Mr. Ahdoot has been a member in good standing of the bar of the State of California since December 1994, and has also been admitted in other state and federal jurisdictions as set forth in his accompanying Certification.

2. There are no disciplinary proceedings against Mr. Ahdoot as a member of the bar in any jurisdiction.

3. Mr. Ahdoot has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts and that he agrees to comply with said rules.

4. Mr. Ahdoot has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

5. Mr. Ahdoot has submitted herewith his Certification for Admission *Pro Hac Vice* as required by Local Rule 83.5.3.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Undersigned counsel certifies that he has conferred with counsel for the defendants in a good faith effort to resolve or narrow the issues raised by this motion with the following result: counsel for the defendants indicated that the defendants do not oppose the relief sought by this motion.

Dated:   September 19 2023                                                  Respectfully submitted,

**PASTOR LAW OFFICE, PC**


*/s/ David Pastor*
David Pastor (BBO # 391000)
63 Atlantic Avenue, 3d Floor
Boston, MA 02110
Telephone: (617) 742-9700
Facsimile: (617) 742-9701
Email: dpastor@pastorlawoffice.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 19, 2023.

/s/ David Pastor
David Pastor