UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN CONWAY, individually and on behalf of all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>MAPFRE U.S.A. CORP. and THE COMMERCE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No:  3:23-cv-12076-IT |

**ROBERT R. AHDOOT'S CERTIFICATION FOR ADMISSION
*PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3 OF THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3, of the United States District Court for the District of Massachusetts, I, Robert R. Ahdoot, hereby certify that:

(1)   I am a Partner in the law firm of Ahdoot & Wolfson, PC, 2600 W. Olive Avenue, Suite 500, Burbank, CA 91505.

(2)   I am a member of the bar of the State of California (December 1, 1994).

(3)   I am also admitted to practice in the following jurisdictions:

| Court | Date of Admission |
|---|---|
| U.S. District Court, Southern District of California | December 16, 1994 |
| U.S. District Court, Eastern District of California | December 19, 1994 |
| U.S. District Court, Northern District of California | January 18, 1995 |
| U.S. District Court, Central District of California | November 3, 2011 |

| U.S. Court of Appeals, Ninth Circuit | February 2, 2012 |
|---|---|
| U.S. Court of Appeals, Eleventh Circuit | June 7, 2016 |
| U.S District Court, Northern District of Illinois | January 24, 2020 |
| U.S. District Court, Eastern District of Wisconsin | August 10, 2021 |
| U.S. District Court, Central District of Illinois | June 6, 2022 |

(4)     I am in good standing in every jurisdiction where I have been admitted to practice.

(5)     There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

(6)     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and I agree to comply with said rules.

(7)     I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

Dated:  September 19, 2023

_____
Robert Ahdoot
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
Email:  rahdoot@ahdootwolfson.com