UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN CONWAY, individually and on behalf of all similarly situated persons,<br><br>    Plaintiff,<br><br>  v.<br><br>MAPFRE U.S.A. CORP. and THE COMMERCE INSURANCE COMPANY,<br><br>    Defendants. | Civil Action No:  3:23-cv-12076-IT |

## CARLYNNE A. WAGNER'S CERTIFICATION FOR ADMISSION *PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF MASSACHUSETTS</u>

Pursuant to Local Rule 83.5.3, of the United States District Court for the District of Massachusetts, I, Carlynne A. Wagner, hereby certify that:

(1)    I am an Associate in the law firm of Ahdoot & Wolfson, PC, 201 King of Prussia Road, Suite 650, Radnor, PA 19087.

(2)    I am a member of the bar of the Commonwealth of Pennsylvania (June 17, 2022).

(3)    I am in good standing in every jurisdiction where I have been admitted to practice.

(5)    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

(6)    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and I agree to comply with said rules.

(7)    I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

Dated:   September 19, 2023

Carlynne A. Wagner
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
Email:  awagner@ahdootwolfson.com