AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| Brian Conway | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:23-cv-12076-IT |
| MAPFRE U.S.A. Corp., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Brian Conway.

Date: 09/29/2023

/s/ Carlynne A. Wagner
*Attorney's signature*

Carlynne A. Wagner
*Printed name and bar number*

Ahdoot & Wolfson, PC
201 King of Prussia Road, Suite 650
Radnor, PA 19087
*Address*

cwagner@ahdootwolfson.com
*E-mail address*

(310) 474-9111
*Telephone number*

(310) 474-8585
*FAX number*

Print    Save As...    Reset

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 29th day of September 2023, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

                                          */s/ Carlynne A. Wagner*
                                          Carlynne A. Wagner