UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN CONWAY individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAPFRE U.S.A. CORP. and THE COMMERCE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 1:23-cv-12076-IT |

## NOTICE OF APPEARANCE

Please enter the appearance of James H. Rollinson on behalf of MAPFRE U.S.A. Corporation and The Commerce Insurance Company in the above-captioned matter.

Dated: October 9, 2023

Respectfully submitted,

BAKER & HOSTETLER LLP

By:  *James H. Rollinson*
James H. Rollinson (SBN 649407)
jrollinson@bakerlaw.com

Key Tower
127 Public Square, Suite 2000
Cleveland, OH  44114-1214
Telephone:  216.621.0200
Facsimile:   216.696.0740

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, October 9, 2023, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

/s/ James H. Rollinson